# United States Bankruptcy Court
## District of Massachusetts

In re **New England Pre School Associates, inc.**, Case No. _____
Debtor    Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IRS<br>Special Procedures Staff<br>P.O. Box 9112 - Stop 20800<br>Boston, MA 02203 | | | | $200,000.00 |
| Bank of America<br>PO Box 1758<br>Newark, NJ 07101 | | | | $111,060.00 |
| Jeanne Smith<br>93 School Street<br>Milford, MA 01757 | | | | $27,643.00 |
| Capital One<br>c/o TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091 | | | | $16,082.00 |
| MA Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114 | | | | $15,000.00 |
| Chase Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | | $13,210.09 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  **New England Pre School Associates, inc.**  , Case No. _____
               Debtor                                                   Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bonnie Small<br>108 North Avenue<br>Mendon, MA 01756 | | | | $11,616.89 |
| Citi Commercial<br>PO Box 6125<br>Sioux Falls, SD 57117 | | | | $10,000.00 |
| Milford Gereatric Authority<br>1 Countryside Drive<br>Main Street<br>Milford, MA 01757 | | | | $8,000.00 |
| Fallon Community Health<br>10 Chestnut Street<br>Worcester, MA 01608 | | | | $8,000.00 |
| Chase Cardmember Services<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | | | $6,044.18 |
| Educators Resource<br>2575 Schillinger Road<br>Semmes, Alabama 36575 | | | | $3,853.41 |

B4 (Official Form 4) (12/07)4 -Cont.

In re **New England Pre School Associates, Inc.** , Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Girl Scouts of the USA<br>PO Box 19618<br>Newark, NJ 07195-0618 | | | | $3,267.93 |
| PCK Limited Partnership<br>11 Suburban Road<br>Worcester, MA 01602 | | | | $3,200.00 |
| Melissa & Doug LLC<br>PO Box 590<br>Westport, CT 06881 | | | | $3,100.00 |
| Milford Business Accounting/D.Smith<br>116 Main Street<br>Milford, MA 01757 | | | | $3,000.00 |
| Hill Companies<br>PO Box 212<br>117 Water Street<br>Milford, MA 01757 | | | | $2,471.67 |
| Mass. Division of Unemployment<br>19 Stanford Street<br>Boston, MA 02114-2589 | | | | $2,000.00 |

In re **New England Pre School Associates, Inc.** _____, Case No. _____
               Debtor                                      Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Carson-Dellosa Publishing, Co. PO Box 1070 Charlotte, NC 28201-1070 | | | | $1,601.56 |
| Mailbox Books 3515 West Market St., Ste. 200 PO Box 9753 Greensboro, NC 27429-0753 | | | | $1,348.54 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Jeanne Smith, Registered Agent of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **9-14-9**                Signature: _/s/ Jeanne Smith_

                                          Jeanne Smith, Registered Agent
                                          (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

_/s/ Barbara Beyer-Altieri_
Barbara Beyer-Altieri